## UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## SAN ANTONIO DIVISION

| | |
|---|---|
| **ROBERT C. COURLEY,** § <br> Plaintiff, § <br> § <br> § <br> § <br> v. § <br> § <br> § <br> § <br> § <br> **WILMINGTON SAVINGS FUND** § <br> **SOCIETY, FSB, AS TRUSTEE OF** § <br> **JUNIPER MORTGAGE LOAN TRUST** <br> **A,** <br> Defendant, | Civil Action No. 5:22-cv-00418-OLG |

## JOINT STIPULATION OF DISMISSAL

Plaintiff ROBERT C. COURLEY ("Plaintiff") and Defendant WILMINGTON SAVINGS FUND SOCIETY, FSB, AS TRUSTEE OF JUNIPER MORTGAGE LOAN TRUST A, its successors and assigns ("Defendant") ("collectively the "Parties"), by and through their undersigned counsel, hereby stipulate and agree that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), all claims and causes of action asserted or could have been asserted by Plaintiff against Defendants are hereby dismissed with prejudice, pursuant to the Parties' agreement.

Respectfully submitted,

HOLLAND & KNIGHT LLP


*/s/ George Robertson*
George Robertson
State Bar No. 24106352
WDTX No. 3366420
811 Main Street, Suite 2500
Houston, TX 77002-5227
713-821-7000 (telephone)
713-821-7001 (facsimile)
george.robertson@hklaw.com
**ATTORNEYS FOR DEFENDANT**


/s/      *James Minerve*
James Minerve
State Bar No. 24008692
The Minerve Law Firm
13276 N. Highway 183, Ste. 209
Austin, Texas 78750
(888) 819-1440 – Telephone
(888) 230-6397 – Facsimile
jgm@minervelaw.com
**ATTORNEY FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

      I hereby certify that on this 17th day of June 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF filing system, and will send a true and correct copy to the following:

**VIA E-Service:**

**jgm@minervelaw.com**
James Minerve
State Bar No. 24008692
13276 N HWY 183, ste. 209
Austin, Texas 78750
(888) 819-1440 (Office)
(210) 336-5867 (Mobile)
(888) 230-6397 (Fax)
jgm@minervelaw.com
Attorney for Plaintiff

**HOLLAND & KNIGHT, LLP**
**george.robertson@hklaw.com**
George Robertson
State Bar No. 24106352
WDTX No. 3366420
811 Main Street, Suite 2500
Houston, TX 77002-5227
713-821-7000 (telephone)
713-821-7001 (facsimile)
ATTORNEY FOR DEFENDANT

                                                     /s/   *James Minerve*